| | | | |
|---|---|---|---|
| Hendrick v. City of Pittsburgh, Pa. [64] | 02/23/2016 338 WAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 1190 |
| Parker Ave., L.P. v. City of Philadelphia [65] | 03/01/2016 507 EAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 483 |
| Robertson v. Department of Corrections [66] | 02/22/2016 805 MAL (2015) | Denied | No. 1580 CD 2015 |
| Staron v. W.C.A.B. (Farrier) [67] | 03/01/2016 620 MAL (2015) | Denied | Pa.Cmwlth., 121 A.3d 564 |
| Zion Bullitt Ave. Ltd. Partnership v. Westmoreland County Tax Claim Bureau [68] | 03/01/2016 341 WAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 1189 |

**64.** Justice EAKIN did not participate in the consideration or decision of this matter.

**65.** Justice EAKIN did not participate in the decision of this matter.

**66.** Justice EAKIN did not participate in the decision of this matter.

**67.** Justice EAKIN did not participate in the decision of this matter.

**68.** Justice EAKIN did not participate in the decision of this matter.